

January 3, 2023

**<u>VIA ECF</u>**

Michael E. Gans
Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Re: *United States of America v. Dayne Adrian Sitladeen*
Eighth Circuit Appeal Case No.: 22-1010

Dear Mr. Gans:

     We write with an update to Appellant Dayne Sitladeen's mailing address. Please update Appellant's address records as follows:

     Dayne Sitladeen
     South Toronto Detention Centre
     160 Horner Ave
     Toronto, ON
     M8Z 0C2, Canada

Thank you.

                                              Respectfully,

                                              Caitlinrose Fisher

CHF/msp

cc: Matthew Forsgren (mforsgren@forsgrenfisher.com)