# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1010

United States of America

Appellee

v.

Dayne Adrian Sitladeen, also known as Dante Peterson

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00035-NEB-1)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

May 10, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans